| 13 | 409 |
| 46 | 633 |
| 13 | 409 |
| 115 | 218 |

## W. R. McALPINE, Receiver, *v.* B. H. JONES et al.

A party will not be allowed to delay a trial upon the merits of a cause by pleading singly, a variety technical objections, tending to retard his adversary's action.

APPEAL from the District Court of the Parish of Ouachita, *Richardson*, J. *Baker & Harris*, for plaintiff and appellant.   *McGuire & Ray*, for defendant.

BUCHANAN, J.   This suit was instituted in June, 1853, in the parish of Ouachita, claiming certain slaves alleged to have been stolen from the State of Missis-

McALPINE
v.
JONES

sippi, and to be illegally in the possession of defendants. A writ of sequestration was issued, under which two slaves were taken into the possession of the Sheriff of the parish of Ouachita, on the 17th June, 1853. The slaves sequestered were bonded by the two defendants, *Burrell H. Jones* and *Louisa Jones*, under an order of court, on the 21st June, 1853. In December, 1853, *Louisa Jones*, one of the defendants, filed an exception to the mode of her citation. Simultaneously with this exception, the other defendant filed other exceptions to the action. These exceptions having been sustained by the District Court, an appeal was taken, and the judgment reversed by this court, and the cause remanded. See the report of the case in 10th An. 552.

After the cause was returned to the District Court, *Louisa Jones* filed an exception to the jurisdiction of the court, alleging her residence to be in Union parish. This exception cannot now be entertained. She must be considered as having waived it by her former plea. A party will not be allowed thus to delay a trial upon the merits of the cause by pleading singly, a variety of technical objections tending to retard his adversary's action; obtaining thus a separate judgment upon each, from the court of the first instance and from that of last resort.

The judgment of the District Court is, therefore, reversed, the exception of the appellee, *Louisa Jones*, overruled, and the cause remanded for further proceedings according to law : the appellee, *Louisa Jones*, to pay the costs of this appeal.

SPOFFORD, J., concurring. Upon the authority of *Scott* v. *Bowles*, 3 An. 637, I concur in the decree in this case.

Although the appellee appears to me to have been in time to plead to the jurisdiction, there being no default against her, yet the plea should have been overruled, as this is one of the cases where a party may be sued out of the parish of his domicil.